UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dennis D. Linehan, | Case No. 18-cv-3483 (WMW/KMM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Nancy Johnston et al., | |
| Defendants. | |

This matter is before the Court on the November 26, 2019 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkt. 33.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R, the foregoing analysis, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The November 26, 2019 R&R, (Dkt. 33), is **ADOPTED**.

2. Defendants' motion to dismiss plaintiff's complaint, (Dkt. 18), is **GRANTED**.

3. This action is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 17, 2019   s/Wilhelmina M. Wright
                          Wilhelmina M. Wright
                          United States District Judge